# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JOSHUA JOHN PANGELINAN, aka JOSHUA J.P. TEDTAOTAO,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF CORRECTIONS and MARK ANDERSON,<br><br>Defendants. | CIVIL CASE NO. 23-00016<br><br>**ORDER** |

On October 20, 2023, the court granted Plaintiff Joshua John Pangelinan aka Joshua J.P. Tedtaotao's Motion for Extension of Time to File an Amended Complaint. *See* ECF No. 14. The court ordered Plaintiff to file his amended complaint no later than sixty (60) days from the date of the order and that failure to file would result in automatic dismissal with prejudice. *Id*. That deadline was on December 19, 2023. As of the date of this order, Plaintiff has yet to file an amended complaint. Accordingly, the case is hereby dismissed with prejudice.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
Dated: Jan 02, 2024

1